IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. **1:08 CR-201** |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| **MARIO CHAVEZ CABRERA**, ) **PETER HALANDARIS**, et., al. ) | |
| Defendant. ) | |

For the reasons set forth in this stipulation, and good cause shown the setting date now schedule for July 28, 2008 is continued until September 8, 2008 at 1:30 p.m.. Time is excluded pursuant to 18U.SC.3161 (h)(8)(b)(iv) would deny the Defendant or the Government continuity of counsel and reasonable time necessary for effective preparation, taking into account due diligence.

Dated: July 25, 2008

/s/ OLIVER W. WANGER
United States District Judge Eastern District of California

STIPULATION TO CONTINUE